CGFD28 (9/19/08)



**ORDERED in the Southern District of Florida on November 1, 2010**

*A. Jay Cristol (signature)*

**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–30198–AJC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Nestor Solis
aka Nestor Alberto Solis
78 NW 17 Ct. #5
Miami, FL 33125

SSN: xxx–xx–3668

## FINAL DECREE

The trustee, Drew M Dillworth, having filed a final report that the estate has been fully administered, is discharged and the case is closed.